UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

PATRICIA L. HARTMAN     PLAINTIFF

v.     CIVIL ACTION NO. 3:12CV-48-S

MICHAEL J. ASTRUE
Commissioner of Social Security     DEFENDANT

## ORDER AND JUDGMENT

This court has conducted a *de novo* review, in light of the record as a whole, of those portions of the Findings of Fact, Conclusions of Law, and Recommendation of the United States Magistrate Judge to which objection was made, and has rejected said report to the extent and for the reasons set forth in the memorandum opinion entered this date. The memorandum opinion entered this date constitutes the decision of the court.

The Commissioner affirmed the decision of the Administrative Law Judge denying Hartman's claim for disability insurance and Supplemental Security Income benefits.

Therefore, **IT IS HEREBY ORDERED AND ADJUDGED** that the Findings of Fact, Conclusions of Law, and Recommendation of the United States Magistrate Judge (DN 9) is **ACCEPTED IN PART AND REJECTED IN PART, in accordance with the memorandum opinion entered herein this date.** The final decision of the Commissioner is **AFFIRMED**, and the complaint is **DISMISSED WITH PREJUDICE.**

There being no just reason for delay in its entry, this is a final order.

**IT IS SO ORDERED.**

August 2, 2013

**Charles R. Simpson III, Senior Judge**
**United States District Court**